**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHAONIAN HUANG,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | Case No. 8:26-cv-00184-FWS-ADS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [17]** |

///

///

///

Based on the record, as applied to the relevant law, and for the good cause demonstrated in  the parties' Stipulation to Extend Time to Respond to Complaint and the supporting Declaration of Haena Lee (Dkt. 17, "Stipulation"), the Stipulation is **GRANTED**.  **IT IS ORDERED** that the time for Defendants to answer, move, or otherwise respond to the Complaint shall be extended to and including **August 24, 2026**.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____

 Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2